UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ISIAH WILSON JR,

             Plaintiff,

   v.

CAROLYN COLVIN, Acting Commissioner of Social Security,

             Defendant.

Case No. C14-245 RSM

**ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE**

The Court having considered the parties' briefs, the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the balance of the record, hereby finds and **ORDERS**:

(1)     The Court adopts the Report and Recommendation.

(2)     The Commissioner's motion to dismiss (Dkt. #17) is GRANTED and this matter is DISMISSED without prejudice.

DATED this 18th day of July 2014.

                                           RICARDO S. MARTINEZ
                                           UNITED STATES DISTRICT JUDGE